



## MEMORANDUM OPINION

No. 04-11-00676-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**LMREC REO II**, Stafford Mobile Home Park, Inc., and Niranjan S. Patel,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-08373
Honorable Peter A. Sakai, Judge Presiding

PER CURIAM

Sitting:     Phylis J Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:   February 8, 2012

VACATED AND REMANDED

The parties have filed a joint motion requesting that we set aside the trial court's decision with regard to the merits and remand the case to the trial court for rendition of judgment or dismissal of the case with prejudice in accordance with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). The parties further request that the mandate be issued immediately. *See* TEX. R. APP. P. 18.1(c).

The motion is granted.  The judgment of the trial court is vacated, and the cause remanded for the entry of a judgment in conformity with the settlement agreement.  The clerk of this court is directed to issue the mandate in this appeal contemporaneously with the issuance of the court's opinion and judgment.

PER CURIAM